IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MEGAN C. EDMUNDS LEWIS, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION No. 4:24-cv-553-O-BP |
| CITY OF FORT WORTH, TEXAS, | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on this **10th** day of **July, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE